IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS JOHNSON**                                                                           **PLAINTIFF**

v.                        **CASE NO. 4:22-CV-00114 JM**

**DAVID CASON,**
Prosecutor, Drew County Prosecutor's
Office; **FRANKLIN SPAIN,** Deputy Prosecuting
Attorney, Drew County Prosecutor's Office            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 14th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE